UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-06602-MMM(CWx) | Date | March 30, 2009 |
|---|---|---|---|

| Title | Friendly Family Production LLC vs. Little House on the Prairie, Inc. |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Kevin L. Vick                                           Robert F. Gooking
Andrew Thomas                                     Gail Standish

**Proceedings:**        SCHEDULING CONFERENCE


    The parties are ordered to a private mediator based upon a stipulation of the parties to be completed no later than September 11, 2009.  See Order/Referral to ADR Pilot Program.

    After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Rule 26 disclosures: | April 13, 2009 |
| Deadline to file motions/stipulations seeking amendment of pleadings: | April 27, 2009 |
| Further telephone status conference: | April 30, 2009 at 5:15 p.m. |
| Fact discovery cut-off: | September 4, 2009 |
| Initial expert disclosures: | August 4, 2009 |
| Rebuttal expert disclosures: | August 18, 2009 |
| Expert discovery cut-off: | September 4,2 009 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | October 5, 2009 at 10:00 a.m. |
| Pretrial Conference: | November 2, 2009 at 10:00 a.m. |
| **(Including motions in limine)** | |
| Jury Trial: | December 1, 2009 at 8:30 a.m. |

    Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**.  If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.

|  |  |  |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | 00 : 16<br>Initials of Deputy Clerk AH |